## Commonwealth *v.* Bastone, Appellant.

Submitted December 11, 1969. *Richard M. Lovenwirth,* Assistant Public Defender, for appellant; *Richard A. Devlin* and *Stewart J. Green-leaf,* Assistant District Attorneys, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Bey, Appellant.

Submitted December 8, 1969. *Peter J. O'Brien,* for appellant; *Phillip H. Williams,* District Attorney, for Commonwealth, appellee.

Order affirmed.